**STATE of Missouri, Plaintiff/Respondent,**

v.

**Dewayne WILLYARD,
Defendant/Appellant.**

**No. 64711.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 20, 1995.

N. Scott Rosenblum, Ramona L. Marten, Wittner, Poger, Rosenblum & Spewak, P.C., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction for second degree murder and armed criminal ac-

tion. We affirm. A written opinion would serve no jurisprudential purpose, and an informal memorandum has been issued to the parties for their information only. Rules 30.25(b) and 84.16(b).